IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LAURAN M. CROWDER                                    PLAINTIFF

        v.                    CIVIL NO. 2:18-CV-2211

NANCY A. BERRYHILL, Commissioner
Social Security Administration                       DEFENDANT

# O R D E R

On this 31st day of May 2019, comes on for consideration Plaintiff's motion for additional time to edit length of appeal brief, or in the alternative, motion to submit longer brief. (Doc. 12).

After review, Plaintiff's motion is **granted**, and Plaintiff's brief will be accepted by the Court. Plaintiff's counsel is cautioned to pay closer attention to the proper district of the Court in which the case is filed. Also, in the future, Plaintiff's counsel should be aware that filing a brief that exceeds the page limitation without prior permission of the Court may result in the brief being stricken.

IT IS SO ORDERED.

/s/ *Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE